RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/18/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JASEN DUNNELL GINS | CIVIL ACTION NO. 09-0110 |
| VERSUS | JUDGE ROBERT G. JAMES |
| J.B. EVANS CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in Magistrate Judge Hayes' Report and Recommendation, to the extent adopted, and for the additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Jasen Dunnell Gins's ("Gins") claims against Defendants J.B. Evans Correctional Center ("JBECC"); Warden Deville; nurses Allen, Peggy, and Smith; and Captain John McTear are DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. §§1915 and 1915A.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Gins's request for injunctive relief is DENIED AS MOOT.

IT IS FURTHER ORDERED that Gins's remaining claim of inadequate medical care against Deputy Warden Pailette is REMANDED to Magistrate Judge Hayes for further proceedings.

MONROE, LOUISIANA, this 17 day of June, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE